ATTACHMENT J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02203-MSK

GARRETT GILKEY;
RHONDA GILKEY; and
STEVE GILKEY

        Plaintiffs,

v.

HUMANA INSURANCE COMPANY,

        Defendant.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiffs commenced this action in the Boulder County District Court. Plaintiffs' Complaint and Jury Demand raises three claims for relief against the Defendant: (1) breach of insurance contract; (2) violation of C.R.S. § 10-3-1115/1116; and (3) breach of duty of good faith and fair dealing. Plaintiffs seek insurance coverage under the terms of their health insurance with Humana Insurance Company for oral surgery for Plaintiff Garrett Gilkey. Plaintiffs' prayer for relief in the Complaint and Jury Demand requests economic damages, non-economic compensatory damages for emotional distress and mental suffering, interest, and double damages and attorney fees pursuant to C.R.S. § 10-3-1116. In the Complaint filed in the state court, the Plaintiffs did not specify the amount of monetary relief sought.

The Defendant has sought removal based upon diversity jurisdiction pursuant to 28 U.S.C.§ 1332. The Defendant contends that the requisite amount in controversy can be inferred

from the factual allegations in the Complaint. The Court has reviewed the Complaint, the Notice of Removal, and, if referred to, the Colorado Civil Cover Sheet.

Consistent with the reasoning in *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208 (D. Colo. 2007) and *Klein v. State Farm Mut. Auto. Ins. Companies,* D. Colo. Case No. 08-cv-02257-MSK, 2008 WL 4948775 (Nov. 18, 2008), the Court finds that the Defendant has not shown specific facts, which if true, would demonstrate that the amount in controversy is at least $75,000. The fact that because a variety of claims are asserted and differing types of relief are requested is insufficient to lead to the factual conclusion that the amount in controversy exceeds $75,000.

**IT IS THEREFORE ORDERED** that pursuant to 28 U.S.C. § 1447(c) this action is **REMANDED** to the District Court from which it was removed.

DATED this 31st day of August, 2011.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge