IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-3278-WJM-MJW

GARRETT GILKEY,
RHONDA GILKEY, and
STEVE GILKEY,

    Plaintiffs,

v.

HUMANA INSURANCE COMPANY

    Defendant.

_____

ORDER GRANTING JOINT MOTION TO DISMISS
_____

This matter comes before the Court on the parties' Joint Stipulated Motion for Dismissal filed February 14, 2012 (ECF No. 15).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The parties' Joint Stipulated Motion for Dismissal is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay their or its own attorney's fees and costs.

Dated this 15th day of February, 2011.

                BY THE COURT:

                _____
                William J. Martínez
                United States District Judge